UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 22-2646-DMG-AGR** | Date | June 17, 2022 |
|---|---|---|---|

| Title | ***Five Star Tax Service LLC, et al. v. Refund Advantage, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

Proceedings:   **IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE CLAIMS OF FIVE STAR TAX SERVICE, LLC SHOULD NOT BE DISMISSED FOR FAILURE TO RETAIN COUNSEL**

Plaintiffs David A. Martinez and Five Star Tax Service, LLC ("Five Star") filed the instant action on April 20, 2022. [*See* Doc. # 1.] Martinez is proceeding *pro se*, and may continue to do so. Five Star may not proceed, however, without an attorney. Local Rule 83-2.2 provides:

> Only individuals may represent themselves *pro se*. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1.

**Five Star could lose its claims in this case if it does not hire a lawyer**. Five Star shall file a notice of appearance of counsel by **July 29, 2022**. Failure to do so will result in the dismissal of Five Star's claims.

**IT IS SO ORDERED.**